IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RAVEN D. MACK,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:14-CV-165 (MTT) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle to affirm the Commissioner's decision to deny the Plaintiff's application for benefits. (Doc. 17). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**, this 23rd day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT